GILL SPERLEIN (172887)
THE LAW OFFICE OF GILL SPERLEIN
584 Castro Street, Suite 849
San Francisco, California  94114
Telephone: (415)378-2625
sperlein@aol.com

Attorney for Plaintiff
IO GROUP, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| IO GROUP, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DATA CONVERSIONS, INC. a South Carolina Corporation d/b/a AEBN and PORNOTUBE.COM, and WMM, LLC, a Nevada Limited Liability Company,<br><br>Defendants. | CASE NO.:  06-5162 (HRL)<br><br>STIPULATION OF DISMISSAL<br>FRCP 41(a)(1) |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

///

///

///

-1-

STIPULATION OF DISMISSAL
06-5162 (HRL)

Dated: April 26, 2007

/s/ Keith Webb                                    /s/ Gill Sperlein
_____      _____
By Keith Webb for                                 Gill Sperlein
Plaintiff Io Group, Inc.                          THE LAW OFFICE OF GILL SPERLEIN
                                                  Attorney for Plaintiff


/s/ Scott Coffman                                 /s/ Raphael Cung
_____      _____
By                                                ~~Jay Spillane~~ Raphael Cung
                                                  SPILLANE AND FOX, LLP
For Defendants DATA CONVERSIONS, INC.             Attorneys for Defendants
a South Carolina Corporation d/b/a AEBN and
PORNOTUBE.COM, and WMM, LLC, a
Nevada Limited Liability Company


I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.


Dated: April 26, 2007                    /s/ Gill Sperlein
                                         Gill Sperlein
                                         THE LAW FIRM OF GILL SPERLEIN
                                         Attorney's for Plaintiff